# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Structurlam Mass Timber U.S., Inc.  
    Debtor  
_____

Bankruptcy Case No.: 23–10497–CTG

Bankruptcy Chapter: 11

Heather Barlow

    Plaintiff

Adv. Proc. No.: 25–50553–CTG

    vs.

JC LEWIS CONSTRUCTION

    Defendant(s)

## JUDGMENT BY DEFAULT

On 10/8/2025, default was entered against defendant(s) JC LEWIS CONSTRUCTION. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) JC LEWIS CONSTRUCTION in the amount of $565,000 plus court filing costs in the amount of $350.00.

In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. 1961.

Date: 10/8/25

Stephen L Grant, Clerk of Court

(VAN–433a)