# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 10/8/2025 |
| Case: 25−50553−CTG | Form ID: van433a | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Brenna Anne Dolphin | bdolphin@morrisnichols.com |
| aty | Jonathan Michael Weyand | jweyand@morrisnichols.com |
| aty | LESLIE B. SPOLTORE | leslie.spoltore@obermayer.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| ust | U.S. Trustee | Office of the United States Trustee | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207 | Lockbox 35    Wilmington, DE 19801 |
| ust | U.S. Trustee | Office of United States Trustee | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207 | Lockbox 35    Wilmington, DE 19899−0035 |

TOTAL: 2